IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | |
| $50,133.13 SEIZED ON NOVEMBER 15, | ) | |
| 2018, FROM HUNTINGTON NATIONAL | ) | |
| BANK ACCOUNT NO. *******3851, | ) | **COMPLAINT IN FORFEITURE** |
| | ) | |
| $154,789.00 U.S. CURRENCY SEIZED | ) | |
| ON NOVEMBER 13, 2018, FROM THE | ) | |
| RESIDENCE OF RONALD ROGINSKY, | ) | |
| | ) | |
| 1.60005061 BITCOIN SEIZED FROM AN | ) | |
| ELECTRUM WALLET ON NOVEMBER | ) | |
| 13, 2018, | ) | |
| | ) | |
| 0.34017587 BITCOIN SEIZED FROM A | ) | |
| LOCALBITCOINS WALLET ON NOV. | ) | |
| 13, 2018, | ) | |
| | ) | |
| 2018 CHEVROLET SILVERADO 1500, | ) | |
| VIN: 3GCUKRECOJG484753, SEIZED | ) | |
| ON NOVEMBER 13, 2018, | ) | |
| | ) | |
| 2016 CHEVROLET TAHOE, VEHICLE ID | ) | |
| NO.: 1GNSKCKC6GR314860, SEIZED | ) | |
| ON NOVEMBER 13, 2018, | ) | |
| | ) | |
| 1985 BUICK REGAL, VEHICLE ID NO.: | ) | |
| 1G4GK4796FP416067, SEIZED ON NOV. | ) | |
| 13, 2018, | ) | |
| | ) | |
| (4) VISA ONEVANILLA PREPAID GIFT | ) | |
| CARDS – TOTAL VALUE: $2,000.00, | ) | |
| | ) | |

AND                                              )
                                                 )
A TOTAL OF $8,100.00 U.S. CURRENCY               )
SEIZED FROM POST OFFICE BOXES                    )
CONTROLLED BY RONALD ROGINSKY,                   )
                                                 )
            Defendants.              )

## COMPLAINT IN FORFEITURE

NOW COMES plaintiff, the United States of America, by Justin E. Herdman, United

States Attorney for the Northern District of Ohio, and James L. Morford, Assistant U.S.

Attorney, and files this Complaint in Forfeiture, respectfully alleging as follows in accordance

with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### JURISDICTION AND INTRODUCTION

1.      This Court has subject matter jurisdiction over an action commenced by the

United States under 28 U.S.C. Section 1345, and over an action for forfeiture under 28 U.S.C.

Section 1355(a). This Court also has jurisdiction over this particular action under 21 U.S.C.

Section 881(a)(6).

2.      This Court has *in rem* jurisdiction over the defendant properties pursuant to: (i) 28

U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district;

and, (ii) 28 U.S.C. Section 1355(b)(1)(B), incorporating 28 U.S.C. Section 1395, because the

action accrued in this district.

3.      This Court will have control over the defendant properties through service of

arrest warrant(s) *in rem*, which the United States Marshals Service (USMS) will execute upon

the defendant properties. *See*, Supplemental Rules G(3)(b) and G(3)(c).

2

4.     Venue is proper in this district pursuant to: (i) 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) 28 U.S.C. Section 1395 because the action accrued in this district.

5.     The defendant properties are subject to forfeiture to the United States under 21 U.S.C. Section 881(a)(6) in that they constitute proceeds from illegal drug trafficking activities, and/or are traceable to such property.  The defendant properties are now in the custody of the federal government.

## DESCRIPTION OF THE DEFENDANT PROPERTIES

6.     The following properties are the defendant properties in the instant case:

a.)     $50,133.13 seized pursuant to the execution of a federal seizure warrant on November 15, 2018.  The seizure of the defendant $50,133.13 was made from Huntington National Bank Account Number *******3851, in the name of Ronald Roginsky.

b.)     $154,789.00 U.S. Currency seized pursuant to the execution of a federal search warrant on November 13, 2018.  The seizure of the defendant currency was made at the Brunswick, Ohio, residence of Ronald Roginsky.

c.)     1.60005061 bitcoin (held in an Electrum bitcoin wallet) seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence.

d.)     0.34017587 bitcoin (held in a LocalBitcoins wallet) seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence.

e.)     2018 Chevrolet Silverado 1500, VIN: 3GCUKRECOJG484753, seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence.  The defendant vehicle was purchased on September 25, 2018, for $45,665.45 and is titled to Ronald D. Roginsky.  AmeriCredit Financial Services, Inc., holds a lien on the vehicle.

3

f.)     2016 Chevrolet Tahoe, VIN: 1GNSKCKC6GR314860, seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence.  The defendant vehicle was purchased on September 4, 2016, for $71,500.00 and is titled to Ronald D. Roginsky.

g.)     1985 Buick Regal, VIN: 1G4GK4796FP416067, seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence.  The defendant vehicle was purchased on January 23, 2018, for $20,000.00 and is titled to Ronald Roginsky.

h.)     (4) Visa OneVanilla prepaid gift cards – total value: $2,000.00 - seized pursuant to the execution of a federal search warrant on November 13, 2018.  The seizure of the defendant gift cards was made at Roginsky's Brunswick, Ohio, residence.  Particularly, the gift cards are described as follows:

Visa OneVanilla prepaid gift card #***10 – value: $500.00.

Visa OneVanilla prepaid gift card #***51 – value: $500.00.

Visa OneVanilla prepaid gift card #***87 – value: $500.00.

Visa OneVanilla prepaid gift card #***66 – value: $500.00.

i.)     A total of $8,100.00 U.S. Currency seized from post office boxes controlled by Ronald Roginsky:

PO Box ***09 Hinckley, Ohio 44233: $220.00 U.S. Currency was recovered from Priority Mail Parcel #*****************0178.  The currency was concealed inside an envelope.

PO Box ***09 Hinckley, Ohio 44233: $140.00 U.S. Currency was recovered from Priority Mail Parcel #*****************9906.  The currency was concealed inside an envelope.

PO Box ***09 Hinckley, Ohio 44233: $230.00 U.S. Currency was recovered from Priority Mail Parcel #*****************5429.  The currency was concealed inside a magazine.

.4

PO Box ***09 Hinckley, Ohio 44233: $300.00 U.S. Currency was recovered from Priority Mail Parcel #******************6349.  The currency was concealed inside a magazine.

PO Box ****70, Strongsville, Ohio 44136: $600.00 U.S. Currency was recovered from Priority Mail Parcel #******************6801.  The currency was concealed inside an envelope.

PO Box ****70, Strongsville, Ohio 44136: $275.00 U.S. Currency was recovered from Priority Mail Parcel #******************7241.  The currency was concealed inside an envelope.

PO Box ****70, Strongsville, Ohio 44136: $170.00 U.S. Currency was recovered from Priority Mail Parcel #******************8989.  The currency was concealed inside a magazine.

PO Box ****70, Strongsville, Ohio 44136: $915.00 U.S. Currency was recovered from Priority Mail Parcel #******************5283.  The currency was concealed inside a magazine.

PO Box ****70, Strongsville, Ohio 44136: $1,110.00 U.S. Currency was recovered from Priority Mail Parcel #******************5344.  The currency was concealed inside a magazine.

PO Box ****68, Broadview Heights, Ohio 44147: $220.00 U.S. Currency was recovered from Express Mail Parcel #*********99US.  The currency was concealed inside a magazine.

PO Box ***08, Richfield, Ohio 44286: $670.00 U.S. Currency was recovered from Priority Mail Parcel #******************4874.  The currency was concealed inside a magazine.

PO Box ***20, Cleveland, Ohio 44130: $220.00 U.S. Currency was recovered from Priority Mail Parcel #******************3886.  The currency was concealed inside an envelope.

PO Box ***46, Valley City, Ohio 44280: $200.00 U.S. Currency was recovered from Priority Mail Parcel #******************7500.  The currency was concealed inside a magazine.

PO Box ***46, Valley City, Ohio 44280: $765.00 U.S. Currency was recovered from Priority Mail Parcel #******************0655.  The currency was concealed inside a magazine.

PO Box ***46, Valley City, Ohio 44280: $120.00 U.S. Currency was recovered from Priority Mail Parcel #*****************6681. The currency was concealed inside a magazine.

PO Box ***46, Valley City, Ohio 44280: $580.00 U.S. Currency was recovered from Priority Mail Parcel #*****************8874. The currency was concealed inside a magazine.

PO Box ***46, Valley City, Ohio 44280: $460.00 U.S. Currency was recovered from Priority Mail Parcel #*****************1700. The currency was concealed inside a magazine.

PO Box ***46, Valley City, Ohio 44280: $140.00 U.S. Currency was recovered from Priority Mail Parcel #*****************2315. The currency was concealed inside a magazine.

PO Box ***10, Brunswick, Ohio 44212: $220.00 U.S. Currency was recovered from Priority Mail Parcel #*****************3563. The currency was concealed inside a magazine.

PO Box ***10, Brunswick, Ohio 44212: $545.00 U.S. Currency was recovered from Priority Mail Parcel #*****************6550.

## FORFEITURE

7.     An investigation by the United States Postal Inspection Service (USPIS) developed evidence that from a time in 2015 through November 13, 2018, Ronald Roginsky manufactured anabolic steroids and trafficked anabolic steroids through the mail across the United States.

8.     On October 24, 2018, a U.S. Postal Inspector observed a male, later identified as Ronald Roginsky, arrive at the Brunswick, Ohio, post office at approximately 2:30 p.m. The postal inspector observed Roginsky deposit 19 parcels into the mail receptacle located inside the post office.

9.     On October 25, 2018, the postal inspector obtained and executed federal search warrants for the 19 parcels. Scheduled controlled substances were recovered. The vials of liquid and pill bottles each listed "UX Labs" on the label.

10.     In September, 2018, a Postal Service parcel addressed to Ronald Roginsky had been received at Roginsky's Brunswick, Ohio, residence from Le Melange, LLC, 10232 Clubhouse Turn Road, Lake Worth, Florida 33449.  Le Melange, LLC, sells various packing supplies including 10 ml vials similar to the vials seized containing anabolic steroids.

11.     On October 31, 2018, at approximately 12:47 p.m., a U.S. Postal Inspector observed Ronald Roginsky depart his Brunswick, Ohio, residence.  The postal inspector followed Roginsky to the Hinckley, Ohio post office.  Roginsky entered the post office.

12.     Following Roginsky's departure, the postal inspector immediately interviewed the post office window clerk, who advised that Roginsky had mailed (6) parcels.

13.     Hinckley postal management advised that the individual (Roginsky) who mailed the (6) parcels is the renter of PO Box ***09 Hinckley, Ohio.  The postal inspector reviewed the PO Box ***09 application.  "Robert D. Davis" was listed as the name of the person who applied for/rented PO Box ***09.  The driver's license listed could not be located in any state databases and appeared to be fictitious.

14.     On November 1, 2018, the postal inspector obtained federal search warrants for the (6) parcels, resulting in the recovery of scheduled controlled substances.

15.     On November 2, 2018, a postal inspector interdicted a U.S. Priority Mail parcel addressed to Rob Davis, PO Box ***09, Hinckley, Ohio 44233 and bearing a return address from Elk Grove Village, Illinois.  The postal inspector obtained and executed a federal search warrant resulting in the recovery of $270.00 U.S. Currency concealed inside an envelope, wrapped in newspaper.

16.     On November 13, 2018, U.S. Postal Inspectors and Special Agents from the FBI, IRS, and Medina County Drug Task Force executed a federal search warrant at the Brunswick,

Ohio residence of Ronald Roginsky. Investigators identified/recovered in Roginsky's residence equipment and other materials for the manufacture, sale, and distribution of steroids.

17. Also found in the search was a plastic tub containing U.S. Priority Mail parcels. Steroids were recovered from the parcels. These items were found on the kitchen table and were suspected of being Ronald Roginsky's daily shipments.

18. The postal inspector, along with an FBI Special Agent and an IRS Special Agent, interviewed Ronald Roginsky. Prior to any questioning, Roginsky was read his rights per *Miranda* and signed an Inspection Service Warning and Waiver of Rights form.

19. Roginsky stated he opened – with counterfeit Ohio driver's licenses and fraudulent insurance/utility documents - ten PO boxes at (9) post offices and (1) UPS store. Roginsky used these PO boxes to receive anabolic steroids, precursors, and steroid sale proceeds/payments.

20. Roginsky further stated the following:

a.) He used illegal proceeds derived through the sales of anabolic steroids to pay for the defendant 2018 Chevrolet Silverado 1500 [VIN: 3GCUKRECOJG484753], the defendant 2016 Chevrolet Tahoe [VIN: 1GNSKCKC6GR314860], and the defendant 1985 Buick Regal [VIN: 1G4GK4796FP416067].

b.) Roginsky stated that the U.S. currency in his savings account [to wit: the defendant $50,133.13 seized from Huntington National Bank Account Number *******3851] was also from steroid sales. Roginsky stated he has not worked in the past two years.

c.) Roginsky stated he sells steroids and receives payment via U.S. currency, which is delivered to his PO boxes. [As alleged in paragraph 6(i), above, the defendant (total of) $8,100.00 U.S. Currency was recovered from post office boxes controlled by Roginsky.]

d.) Roginsky stated he used bitcoins to pay for postage and had a LocalBitcoins bitcoin account and an Electrum bitcoin account. [As alleged in paragraphs 6(c) and 6(d), above, the defendant 1.60005061 bitcoin was recovered from the Electrum bitcoin wallet and the defendant 0.34017587 bitcoin was recovered from the LocalBitcoins wallet.]

8

      e.)     Roginsky often had cash on hand because most of his customers would pay him by sending cash in the mail. Further, Roginsky stated all the cash inside his house [to wit: the defendant $154,789.00 U.S. currency] was from the sale of steroids.

      f.)     Roginsky used to work with his brother in an HVAC company but stopped working in or around 2016-2017 and focused on the sales of steroids. Roginsky never dealt with any other substance.

### CONCLUSION

21.    By reason of the foregoing, the defendant properties are subject to forfeiture to the United States under 21 U.S.C. § 881(a)(6) in that they constitute proceeds from illegal drug trafficking activities, and/or are traceable to such property.

WHEREFORE, plaintiff, the United States of America, requests that the Court enter judgment condemning the defendant properties and forfeiting them to the United States, and providing that the defendant properties be delivered into the custody of the United States for disposition according to law, and for such other relief as this Court may deem proper.

Respectfully submitted,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By:                             
        James L. Morford (Ohio: 0005657)
        Assistant United States Attorney, N.D. Ohio
        Carl B. Stokes U.S. Court House
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
        216.622.3743 / Fax: 216.522.7499
        James.Morford@usdoj.gov

**VERIFICATION**

STATE OF OHIO              )
                          ) SS.
COUNTY OF CUYAHOGA  )

    I, James L. Morford, under penalty of perjury, depose and say that I am an Assistant

United States Attorney for the Northern District of Ohio, and the attorney for the plaintiff in the

within entitled action. The foregoing Complaint in Forfeiture is based upon information

officially provided to me and, to my knowledge and belief, is true and correct.


James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio


    Sworn to and subscribed in my presence this 25th day of April, 2019.


_____
Notary Public

Anna J. Dudas
Notary Public, State of Ohio
My Commission Expires 12/5/2021

10

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | $50,133.13 Seized on November 15, 2018, from Huntington National Bank Account Number *******3851, et al. |
| **(b)** County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Medina County<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)*<br>James L. Morford, Assistant U.S. Attorney - 400 U.S. Court House, 801 West Superior Avenue, Cleveland, Ohio 44113 - 216.622.3743 | Attorneys *(If Known)*<br>Paul M. Flannery, Esq., Flannery Georgalis, LLC, 1375 East 9th Street, 30th Floor, Cleveland, Ohio 44114.  216.367.2120 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
      Plaintiff

☐ 2  U.S. Government
      Defendant

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>   & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>   Student Loans<br>   (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>   of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>   Liability<br>☐ 320 Assault, Libel &<br>   Slander<br>☐ 330 Federal Employers'<br>   Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>   Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>   Product Liability<br>☐ 360 Other Personal<br>   Injury<br>☐ 362 Personal Injury -<br>   Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>   Product Liability<br>☐ 367 Health Care/<br>   Pharmaceutical<br>   Personal Injury<br>   Product Liability<br>☐ 368 Asbestos Personal<br>   Injury Product<br>   Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>   Property Damage<br>☐ 385 Property Damage<br>   Product Liability | ☒ 625 Drug Related Seizure<br>   of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards<br>   Act<br>☐ 720 Labor/Management<br>   Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>   Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>   Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>   28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>   New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>   3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>   Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>   Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>   Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>   Accommodations<br>☐ 445 Amer. w/Disabilities -<br>   Employment<br>☐ 446 Amer. w/Disabilities -<br>   Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>   Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>   Conditions of<br>   Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>   Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>   or Defendant)<br>☐ 871 IRS—Third Party<br>   26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>   Act/Review or Appeal of<br>   Agency Decision<br>☐ 950 Constitutionality of<br>   State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      Another District
      *(specify)*

☐ 6  Multidistrict
      Litigation -
      Transfer

☐ 8  Multidistrict
      Litigation -
      Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Civil Forfeiture Action under 21 U.S.C. Section 881(a)(6).

| VII. REQUESTED IN<br>COMPLAINT: | ☐ CHECK IF THIS IS A **CLASS ACTION**<br>UNDER RULE 23, F.R.Cv.P. | **DEMAND $** | CHECK YES only if demanded in complaint:<br>**JURY DEMAND:**   ☐ Yes   ☐ No |
|---|---|---|---|

## VIII. RELATED CASE(S)
IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
04/30/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

**I.**

Civil Categories: (Please check one category only).

1. [✓] General Civil
2. [ ] Administrative Review/Social Security
3. [ ] Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

**II.**  **RELATED OR REFILED CASES**. See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action is [ ] **RELATED** to another **PENDING** civil case. This action is [ ] **REFILED** pursuant to **LR 3.1**.

**If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.**

**III.**

In accordance with Local Civil Rule **3.8**, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1)  **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county

**COUNTY:**  Medina County

Corporation **For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.**

(2)  **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.

**COUNTY:**

(3)  **Other Cases**. If no defendant is a resident of this district, or if the defendant is a corporation not having a principle place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.

**COUNTY:**

**IV.**

The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section **III**, please check the appropriate division.

**EASTERN DIVISION**

[ ] AKRON   (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[✓] CLEVELAND   (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
[ ] YOUNGSTOWN   (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

[ ] TOLEDO   (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca VanWert, Williams, Wood and Wyandot)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $50,133.13 SEIZED ON NOVEMBER 15, | ) | |
| 2018, FROM HUNTINGTON NATIONAL | ) | |
| BANK ACCOUNT NO. *******3851, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **PRAECIPE** |

The United States of America respectfully requests that the Clerk of this Court issue the

attached Warrant of Arrest *in Rem* to the United States Marshals Service (USMS) pursuant to

Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions.

Respectfully submitted,

Justin E. Herdman
U.S. Attorney, Northern District of Ohio

By: _____
James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3743 / Fax: 216.522.7499
James.Morford@usdoj.gov

# 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔆𝔬𝔲𝔯𝔱

## NORTHERN DISTRICT OF OHIO

WARRANT OF
ARREST *IN REM*

TO:     THE UNITED STATES MARSHAL AND/OR ANY OTHER DULY AUTHORIZED LAW
ENFORCEMENT OFFICER:

WHEREAS, on __April 30, 2019__ a _____ Complaint in Forfeiture _____
was filed in this Court by Justin E. Herdman, United States Attorney for this District, on behalf of the United States,
against:

SEE ATTACHED SHEET.

and WHEREAS, the defendant properties are currently in the possession, custody, or control of the United
States; and,

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
Forfeiture Actions directs the Clerk of the Court to issue a Warrant of Arrest *In Rem* for the arrest of the
defendant properties; and,

WHEREAS, Rule G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
Forfeiture Actions provides that the Warrant of Arrest *In Rem* must be delivered to a person or organization
authorized to execute it;

YOU ARE COMMANDED to arrest the defendant properties by serving a copy of this warrant on the
custodian in whose possession, custody, or control the properties are presently found, and to use whatever means
may be appropriate to protect and maintain their custody until further order of this Court.

YOU ARE FURTHER COMMANDED to file the same in this Court with your return thereon.

| WITNESS THE HONORABLE | | UNITED STATES DISTRICT JUDGE AT | |
|---|---|---|---|
| DATE<br>April 30, 2019 | CLERK<br><br>(BY) DEPUTY CLERK | | |

Returnable ___60___ days after issue.

## UNITED STATES MARSHALS SERVICE

| DISTRICT | | DATE RECEIVED | DATE EXECUTED |
|---|---|---|---|
| U.S. MARSHAL | | SIGNATURE | |

DESCRIPTION OF THE DEFENDANT PROPERTIES

The following properties are the defendant properties in this case:

1.    $50,133.13 seized pursuant to the execution of a federal seizure warrant on November 15, 2018. The seizure of the defendant $50,133.13 was made from Huntington National Bank Account Number *******3851, in the name of Ronald Roginsky **(19-USP-000585).**

2.    $154,789.00 U.S. Currency seized pursuant to the execution of a federal search warrant on November 13, 2018. The seizure of the defendant currency was made at the Brunswick, Ohio, residence of Ronald Roginsky **(19-USP-000482)**.

3-4.    1.60005061 bitcoin (held in an Electrum bitcoin wallet) seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence

and

0.34017587 bitcoin (held in a LocalBitcoins wallet) seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence **(19-USP-001259).**

5.    2018 Chevrolet Silverado 1500, VIN: 3GCUKRECOJG484753, seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence. The defendant vehicle was purchased on September 25, 2018, for $45,665.45 and is titled to Ronald D. Roginsky. AmeriCredit Financial Services, Inc., holds a lien on the vehicle **(19-USP-001415).**

6.    2016 Chevrolet Tahoe, VIN: 1GNSKCKC6GR314860, seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence. The defendant vehicle was purchased on September 4, 2016, for $71,500.00 and is titled to Ronald D. Roginsky **(19-USP-001416).**

7.    1985 Buick Regal, VIN: 1G4GK4796FP416067, seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence. The defendant vehicle was purchased on January 23, 2018, for $20,000.00 and is titled to Ronald Roginsky **(19-USP-001429).**

8.    (4) Visa OneVanilla prepaid gift cards – total value: $2,000.00 - seized pursuant to the execution of a federal search warrant on November 13, 2018. The seizure of the defendant gift cards was made at Roginsky's Brunswick, Ohio, residence. Particularly, the gift cards are described as follows:

Visa OneVanilla prepaid gift card #***10 – value: $500.00.
Visa OneVanilla prepaid gift card #***51 – value: $500.00.
Visa OneVanilla prepaid gift card #***87 – value: $500.00.
Visa OneVanilla prepaid gift card #***66 – value: $500.00.

**(19-USP-000854).**

9.    A total of $8,100.00 U.S. Currency seized from post office boxes controlled by Ronald Roginsky:

PO Box ***09 Hinckley, Ohio 44233: $220.00 U.S. Currency was recovered from Priority Mail Parcel #*****************0178.  The currency was concealed inside an envelope **(19-USP-000491)**.

PO Box ***09 Hinckley, Ohio 44233: $140.00 U.S. Currency was recovered from Priority Mail Parcel #*****************9906.  The currency was concealed inside an envelope **(19-USP-000492)**.

PO Box ***09 Hinckley, Ohio 44233: $230.00 U.S. Currency was recovered from Priority Mail Parcel #*****************5429.  The currency was concealed inside a magazine **(19-USP-000493)**.

PO Box ***09 Hinckley, Ohio 44233: $300.00 U.S. Currency was recovered from Priority Mail Parcel #*****************6349.  The currency was concealed inside a magazine **(19-USP-000494)**.

PO Box ****70, Strongsville, Ohio 44136: $600.00 U.S. Currency was recovered from Priority Mail Parcel #*****************6801.  The currency was concealed inside an envelope **(19-USP-000521)**.

PO Box ****70, Strongsville, Ohio 44136: $275.00 U.S. Currency was recovered from Priority Mail Parcel #*****************7241.  The currency was concealed inside an envelope **(19-USP-000523)**.

PO Box ****70, Strongsville, Ohio 44136: $170.00 U.S. Currency was recovered from Priority Mail Parcel #*****************8989.  The currency was concealed inside a magazine **(19-USP-000524)**.

PO Box ****70, Strongsville, Ohio 44136: $915.00 U.S. Currency was recovered from Priority Mail Parcel #*****************5283.  The currency was concealed inside a magazine **(19-USP-000526)**.

PO Box ****70, Strongsville, Ohio 44136: $1,110.00 U.S. Currency was recovered from Priority Mail Parcel #*****************5344.  The currency was concealed inside a magazine **(19-USP-000527)**.

PO Box ****68, Broadview Heights, Ohio 44147: $220.00 U.S. Currency was recovered from Express Mail Parcel #*********99US.  The currency was concealed inside a magazine **(19-USP-000530)**.

PO Box ***08, Richfield, Ohio 44286: $670.00 U.S. Currency was recovered from Priority Mail Parcel #*****************4874.  The currency was concealed inside a magazine **(19-USP-000531)**.

2

PO Box ***20, Cleveland, Ohio 44130: $220.00 U.S. Currency was recovered from Priority Mail Parcel #*******************3886.  The currency was concealed inside an envelope **(19-USP-000532).**

PO Box ***46, Valley City, Ohio 44280: $200.00 U.S. Currency was recovered from Priority Mail Parcel #*******************7500.  The currency was concealed inside a magazine **(19-USP-000535).**

PO Box ***46, Valley City, Ohio 44280: $765.00 U.S. Currency was recovered from Priority Mail Parcel #*******************0655.  The currency was concealed inside a magazine **(19-USP-000588).**

PO Box ***46, Valley City, Ohio 44280: $120.00 U.S. Currency was recovered from Priority Mail Parcel #*******************6681.  The currency was concealed inside a magazine **(19-USP-000586).**

PO Box ***46, Valley City, Ohio 44280: $580.00 U.S. Currency was recovered from Priority Mail Parcel #*******************8874.  The currency was concealed inside a magazine **(19-USP-000587).**

PO Box ***46, Valley City, Ohio 44280: $460.00 U.S. Currency was recovered from Priority Mail Parcel #*******************1700.  The currency was concealed inside a magazine **(19-USP-001387).**

PO Box ***46, Valley City, Ohio 44280: $140.00 U.S. Currency was recovered from Priority Mail Parcel #*******************2315.  The currency was concealed inside a magazine **(19-USP-001388).**

PO Box ***10, Brunswick, Ohio 44212: $220.00 U.S. Currency was recovered from Priority Mail Parcel #*******************3563.  The currency was concealed inside a magazine **(19-USP-000584).**

PO Box ***10, Brunswick, Ohio 44212: $545.00 U.S. Currency was recovered from Priority Mail Parcel #*******************6550 **(19-USP-000852).**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| $50,133.13 Seized from Huntington National Bank Account Number *******3851, et al. | Warrant of Arrest in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$50,133.13 Seized on November 15, 2018, from Huntington National Bank Account Number *******3851, et al.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James L. Morford, Assistant United States Attorney<br>Office of the United States Attorney, Northern District of Ohio<br>Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Suite 400<br>Cleveland, Ohio 44113 - telephone (office): 216.622.3743 | Number of process to be served with this Form 285 | 9 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(**Include Business and Alternate Addresses,** All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                               Fold

SEE ATTACHED SHEET

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>216.622.3743 | DATE<br>4/30/19 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br><br>No. _____ | District to Serve<br><br>No. _____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|---|
| Address *(complete only different than shown above)* | | Date | Time    ☐ am<br>       ☐ pm |
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | **$0.00** |

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

DESCRIPTION OF THE DEFENDANT PROPERTIES

The following properties are the defendant properties in this case:

1.  $50,133.13 seized pursuant to the execution of a federal seizure warrant on November 15, 2018. The seizure of the defendant $50,133.13 was made from Huntington National Bank Account Number *******3851, in the name of Ronald Roginsky **(19-USP-000585).**

2.  $154,789.00 U.S. Currency seized pursuant to the execution of a federal search warrant on November 13, 2018. The seizure of the defendant currency was made at the Brunswick, Ohio, residence of Ronald Roginsky **(19-USP-000482)**.

3-4.  1.60005061 bitcoin (held in an Electrum bitcoin wallet) seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence

    and

    0.34017587 bitcoin (held in a LocalBitcoins wallet) seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence **(19-USP-001259).**

5.  2018 Chevrolet Silverado 1500, VIN: 3GCUKRECOJG484753, seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence. The defendant vehicle was purchased on September 25, 2018, for $45,665.45 and is titled to Ronald D. Roginsky. AmeriCredit Financial Services, Inc., holds a lien on the vehicle **(19-USP-001415).**

6.  2016 Chevrolet Tahoe, VIN: 1GNSKCKC6GR314860, seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence. The defendant vehicle was purchased on September 4, 2016, for $71,500.00 and is titled to Ronald D. Roginsky **(19-USP-001416).**

7.  1985 Buick Regal, VIN: 1G4GK4796FP416067, seized on November 13, 2018, at Roginsky's Brunswick, Ohio, residence. The defendant vehicle was purchased on January 23, 2018, for $20,000.00 and is titled to Ronald Roginsky **(19-USP-001429).**

8.  (4) Visa OneVanilla prepaid gift cards – total value: $2,000.00 - seized pursuant to the execution of a federal search warrant on November 13, 2018. The seizure of the defendant gift cards was made at Roginsky's Brunswick, Ohio, residence. Particularly, the gift cards are described as follows:

    Visa OneVanilla prepaid gift card #***10 – value: $500.00.
    Visa OneVanilla prepaid gift card #***51 – value: $500.00.
    Visa OneVanilla prepaid gift card #***87 – value: $500.00.
    Visa OneVanilla prepaid gift card #***66 – value: $500.00.

    **(19-USP-000854).**

9.     A total of $8,100.00 U.S. Currency seized from post office boxes controlled by Ronald Roginsky:

PO Box ***09 Hinckley, Ohio 44233: $220.00 U.S. Currency was recovered from Priority Mail Parcel #*****************0178.  The currency was concealed inside an envelope **(19-USP-000491).**

PO Box ***09 Hinckley, Ohio 44233: $140.00 U.S. Currency was recovered from Priority Mail Parcel #*****************9906.  The currency was concealed inside an envelope **(19-USP-000492).**

PO Box ***09 Hinckley, Ohio 44233: $230.00 U.S. Currency was recovered from Priority Mail Parcel #*****************5429.  The currency was concealed inside a magazine **(19-USP-000493).**

PO Box ***09 Hinckley, Ohio 44233: $300.00 U.S. Currency was recovered from Priority Mail Parcel #*****************6349.  The currency was concealed inside a magazine **(19-USP-000494).**

PO Box ****70, Strongsville, Ohio 44136: $600.00 U.S. Currency was recovered from Priority Mail Parcel #*****************6801.  The currency was concealed inside an envelope **(19-USP-000521).**

PO Box ****70, Strongsville, Ohio 44136: $275.00 U.S. Currency was recovered from Priority Mail Parcel #*****************7241.  The currency was concealed inside an envelope **(19-USP-000523).**

PO Box ****70, Strongsville, Ohio 44136: $170.00 U.S. Currency was recovered from Priority Mail Parcel #*****************8989.  The currency was concealed inside a magazine **(19-USP-000524).**

PO Box ****70, Strongsville, Ohio 44136: $915.00 U.S. Currency was recovered from Priority Mail Parcel #*****************5283.  The currency was concealed inside a magazine **(19-USP-000526).**

PO Box ****70, Strongsville, Ohio 44136: $1,110.00 U.S. Currency was recovered from Priority Mail Parcel #*****************5344.  The currency was concealed inside a magazine **(19-USP-000527).**

PO Box ****68, Broadview Heights, Ohio 44147: $220.00 U.S. Currency was recovered from Express Mail Parcel #*********99US.  The currency was concealed inside a magazine **(19-USP-000530).**

PO Box ***08, Richfield, Ohio 44286: $670.00 U.S. Currency was recovered from Priority Mail Parcel #*****************4874.  The currency was concealed inside a magazine **(19-USP-000531).**

PO Box ***20, Cleveland, Ohio 44130: $220.00 U.S. Currency was recovered from Priority Mail Parcel #******************3886.  The currency was concealed inside an envelope **(19-USP-000532)**.

PO Box ***46, Valley City, Ohio 44280: $200.00 U.S. Currency was recovered from Priority Mail Parcel #******************7500.  The currency was concealed inside a magazine **(19-USP-000535)**.

PO Box ***46, Valley City, Ohio 44280: $765.00 U.S. Currency was recovered from Priority Mail Parcel #******************0655.  The currency was concealed inside a magazine **(19-USP-000588)**.

PO Box ***46, Valley City, Ohio 44280: $120.00 U.S. Currency was recovered from Priority Mail Parcel #******************6681.  The currency was concealed inside a magazine **(19-USP-000586)**.

PO Box ***46, Valley City, Ohio 44280: $580.00 U.S. Currency was recovered from Priority Mail Parcel #******************8874.  The currency was concealed inside a magazine **(19-USP-000587)**.

PO Box ***46, Valley City, Ohio 44280: $460.00 U.S. Currency was recovered from Priority Mail Parcel #******************1700.  The currency was concealed inside a magazine **(19-USP-001387)**.

PO Box ***46, Valley City, Ohio 44280: $140.00 U.S. Currency was recovered from Priority Mail Parcel #******************2315.  The currency was concealed inside a magazine **(19-USP-001388)**.

PO Box ***10, Brunswick, Ohio 44212: $220.00 U.S. Currency was recovered from Priority Mail Parcel #******************3563.  The currency was concealed inside a magazine **(19-USP-000584)**.

PO Box ***10, Brunswick, Ohio 44212: $545.00 U.S. Currency was recovered from Priority Mail Parcel #******************6550 **(19-USP-000852)**.